# Court of Appeals
# of the State of Georgia

ATLANTA, April 17, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1509. VICTORIA EGUASA v. FRANK OSUNDE.

Victoria Eguasa filed this direct appeal of the trial court's final judgment and decree granting a divorce between Eguasa and Frank Osunde. We lack jurisdiction because appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2); see *Evans v. Jackson*, 368 Ga. App. 170, 173 (1) (b) (889 SE2d 343) (2023). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Eguasa's failure to file an application for discretionary appeal deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/17/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.